O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR11-858-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| CLIFFORD JONES, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On November 16, 2015 and December 15, 2015, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on March 11, 2013 and November 5, 2015.  Government counsel, Cathy Ostiller, the defendant and his appointed attorney, Jill Ginstling, were present.  The U.S. Probation Officer, Calvin Daniels, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petitions filed on March 11, 2013 and November 5, 2015.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on or around June 21, 2000 and November 3, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, that the defendant's supervised release is revoked.  Defendant is hereby committed to the custody of the Bureau of Prisons for a term of twelve (12) months and one (1) day.  No supervision

to follow.  Defendant is informed of his right to appeal. The Court hereby recommends that defendant be designated to a BOP facility as close to Detroit, Michigan as possible.

FILE/DATED:        December 16, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Connie Lee,  Deputy Clerk

2